

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-15-00439-CR
Christopher J. **PADILLA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4827
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to September 16, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Dayna L. Jones
1800 McCullough Ave
San Antonio, TX 78212

Sachiko Nagao
Official Court Reporter for the 399th District Court
Cadena Reeves Justice Center
300 Dolorosa, Suite 1054
San Antonio, TX 78205

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205